BEFORE THE THIRD DIVISION, FEBRUARY 20, 1963

**No. 67456.**—Matrad Corporation *v.* United States, protest 58/11248 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the correct net weight of the merchandise for duty purposes is 15,604,865 pounds, the claim of the plaintiff was sustained.